UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHUN-SHENG YU, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-03138 |
| | § | |
| THE UNIVERSITY OF HOUSTON AT VICTORIA, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER

## ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above-referenced proceeding is Defendants University of Houston at Victoria and University of Houston System's ("Defendants") Motion to Dismiss Plaintiffs Request for Punitive Damages, Doc. 22, Plaintiff Chun-Sheng Yu's ("Yu") Response, Doc. 23, Defendants' Reply, Doc. 25, and Judge Stacy's Memorandum and Recommendation that the Court grant the Defendants' Motion, Doc. 31. Plaintiffs did not object to the Memorandum and Recommendation. Thus, under Local Rule 7.4, the Memorandum and Recommendation is deemed unopposed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that the Defendants are exempt from punitive damages because they are both government agencies as defined under 42 U.S.C. § 1981a(b)(1). Doc. 31 at 2. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation, Doc. 31, is **ADOPTED**. Defendants University of Houston at Victoria and University of Houston System's Motion to Dismiss Plaintiffs Request for Punitive Damages, Doc. 22, is **GRANTED**.

SIGNED at Houston, Texas, this 13th day of July, 2018.

                                        MELINDA HARMON
                               UNITED STATES DISTRICT JUDGE